IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OBANY COELLON ROCA,

    Petitioner,

v.                                                          CASE NO. 4:10-cv-00044-MP-WCS

IMMIGRATION AND CUSTOM ENFORCEMENT,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the petition be dismissed as moot. The time for filing objections has passed, and none have been filed. The Court agrees that since the detainer on Petitioner has been removed, the petition is now moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Petition is dismissed as moot, and the Clerk is directed to close the file.

**DONE AND ORDERED** this _29th_ day of September, 2010

                                       *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge